**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Trong Van Nguyen<br><br>Petitioner,<br><br>v.<br>Moniz et al<br><br>Respondents. | ) | Civil Action No. 26-cv-12687 |

**FINAL JUDGMENT**

JOUN, D.J.

In accordance with this Court's Order , Doc. No. 16

Judgment is entered for the Petitioner.

DATED: September 4, 2026

BY THE COURT,

/s/ Sophie Phillips